UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| vs. | ) | CAUSE NO. 3:10-CR-60(01) RM |
| KAREN GLENN | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on July 12, 2010 [Doc. No. 16]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Karen Glenn's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. § 641.

SO ORDERED.

ENTERED:  August 2, 2010 

                                               /s/ Robert L. Miller, Jr.  
                                              Judge  
                                              United States District Court